**UNITED STATES BANKRUPTCY COURT**

Southern District of Georgia

| | |
|---|---|
| In the matter of: | |
| Joseph E. Mitchell, III, Trustee | Chapter: 7 |
| vs. | Case No.: 17-11470 |
| U.S. Bank Trust, N.A. as Trustee of Igloo Series III Trust | Adversary Proceeding No.: |

**DISCLOSURE STATEMENT**
S.D. Ga LR 7.1.1

The undersigned, counsel of record for _____Joseph E. Mitchell, III, Trustee_____ certifies that the following is a full and complete list of the parties in this action:

| Name | Identification and Relationship |
|---|---|
| Joseph E. Mitchell, III, Trustee | Plaintiff/Trustee |
| U.S. Bank Trust, N.A. as Trustee of Igloo Series III | Defendant/Creditor |
| James C. Overstreet, Jr. | Plaintiff/Trustee's Attorney |

The undersigned further certifies that the following is a full and complete list of officers, directors, or trustees of the above-identified parties:

| Name | Identification and Relationship |
|---|---|

The undersigned further certifies that the following is a full and complete list of other persons, firms, partnerships, corporations, or organizations that have a financial interest in, or another interest which could be substantially affected by, the outcome of this case (including a relationship as parent or holding company or any publicly-held corporation that holds 10% or more of a party's stock):

| Name | Identification, Relationship and Interests |
|---|---|

Dated: 04/15/2019

By: s/ James C. Overstreet, Jr.
Attorney Name: James C. Overstreet, Jr.
Address: 1229 Augusta West Parkway
City: Augusta    State: GA    Zip: 30909
Telephone: 706-863-2255    Bar ID: 556005