IN THE UNITED STATES BANKUPTCY COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

| | |
|---|---|
| IN RE: MARY ALICE SIMMONS,<br>    Debtor. | Ch. 7 Case No.: 17-11470 |
| JOSEPH E. MITCHELL, III, TRUSTEE,<br>    Plaintiff, | Adversary No.: 19-01010 |
| v. | |
| U.S. BANK TRUST, N.A. AS TRUSTEE<br>OF THE IGLOO SERIES III TRUST,<br>    Defendant. | |
| U.S. BANK TRUST, N.A. AS TRUSTEE<br>OF THE IGLOO SERIES III TRUST,<br>    Third Party Plaintiff, | |
| v. | |
| MARY ALICE SIMMONS,<br>    Third Party Defendant. | |

### ANSWER OF JOSEPH E. MITCHELL, III, TRUSTEE TO COUNTERCLAIM/THIRD PARTY COMPLAINT OF U.S. BANK TRUST, N.A., AS TRUSTEE OF THE IGLOO SERIES III TRUST

COMES NOW, Joseph E. Mitchell, III, Chapter 7 Trustee ("Trustee"), and files his Answer to the Counterclaim/Third Party Complaint of U.S. Bank Trust, N.A., as Trustee of the Igloo Series III Trust ("US Bank") and states as follows,

As to the individual allegations contained in US Bank's Counterclaim/Third Party Complaint, Trustee states as follows:

1. Trustee admits the allegations contained in Paragraphs 1 – 10 of US Bank's Counterclaim/Third Party Complaint.

2. As to the allegations contained in Paragraphs 11 - 16 of US Bank's Counterclaim/Third Party Complaint, Trustee avers that such documents speak for themselves.

3. Trustee admits the allegations contained in Paragraph 17 of US Bank's Counterclaim/Third Party Complaint.

4. As to the allegations contained in Paragraphs 18 - 20 of US Bank's Counterclaim/Third Party Complaint, Trustee avers that such documents speak for themselves.

5. Trustee is without sufficient information to either admit or deny the allegations contained in Paragraph 21 of US Bank's Counterclaim/Third Party Complaint and therefore for the purposes of this response denies such allegations and demands strict proof thereof.

6. Trustee admits the allegations contained in Paragraph 22 of US Bank's Counterclaim/Third Party Complaint.

7. As to the allegations contained in Paragraph 23 of US Bank's Counterclaim/Third Party Complaint, Trustee avers that the Debtor's Statement of Intent filed in the instant case speaks for itself.

8. Trustee admits the allegations contained in Paragraphs 24 – 26 of US Bank's Counterclaim/Third Party Complaint.

9. In response to Paragraph 27 of US Bank's Counterclaim/Third Party Complaint, Trustee incorporates by reference his responses to Paragraphs 1-26 of US Bank's Counterclaim/Third Party Complaint.

10. Trustee denies the allegations contained in Paragraphs 28 – 37 of US Bank's Counterclaim/Third Party Complaint.

11. Trustee admits the allegations contained in Paragraph 38 of US Bank's Counterclaim/Third Party Complaint.

12. In response to Paragraph 39 of US Bank's Counterclaim/Third Party Complaint, Trustee incorporates by reference his responses to Paragraphs 1 – 38 of US Bank's Counterclaim/Third Party Complaint.

13. Trustee denies the allegations contained in Paragraphs 40 – 42 of US Bank's Counterclaim/Third Party Complaint.

WHEREFORE, Trustee prays that this Court dismiss US Bank's Counterclaim/Third Party Complaint with prejudice and that this Court issue such other and further relief as this Court deems necessary and proper.

This 17th day of September, 2019.

/s/ James C. Overstreet, Jr.
James C. Overstreet, Jr.
Attorney for Trustee
Georgia Bar No.: 556005

KLOSINSKI OVERSTREET, LLP
1229 Augusta West Parkway
Augusta, Georgia 30909
706-863-2255

## CERTIFICATE OF SERVICE

This is to certify that the undersigned has this day served a copy of the foregoing "ANSWER OF JOSEPH E. MITCHELL, III, TRUSTEE TO COUNTERCLAIM/THIRD PARTY COMPLAINT OF U.S. BANK TRUST, N.A., AS TRUSTEE OF THE IGLOO SERIES III TRUST" upon the below-named parties by depositing a true and accurate photocopy of same into the United States Mail, with proper postage affixed and addressed as follows,

U.S. Bank, N.A.
ATTN: President
425 Walnut Street
Cincinnati, Ohio 45202

This 17th day of September, 2019.

/s/ James C. Overstreet, Jr.
James C. Overstreet, Jr.

KLOSINSKI OVERSTREET, LLP
1229 Augusta West Parkway
Augusta, Georgia 30909-6593
(706) 863-2255