**IT IS ORDERED as set forth below:**



**Date: January 22, 2020**

*Susan D. Barrett*
United States Bankruptcy Judge
Southern District of Georgia

---

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA

| | |
|---|---|
| IN RE: ) | |
| ) | Chapter 7 Proceeding |
| MARY ALICE SIMMONS ) | Case No.: 17-11470 |
| Debtor(s). ) | |

## ORDER ALLOWING TRUSTEE TO COMPROMISE CONTROVERSY

The Motion filed by the Trustee, Joseph E. Mitchell, III, to Compromise a Controversy was read and considered by the Court. This Court's Notice advised creditors and parties at interest of the proposed compromise and no written objections to the motion were timely filed.

The Trustee is maintaining a claim(s) against U.S. Bank Trust, N.A., Trustee of the Igloo Series III Trust ("Creditor") as set forth in that certain Adversary Proceeding, <u>Joseph E. Mitchell, III, Trustee v. U.S. Bank Trust, N.A., As Trustee of the Igloo Series III Trust</u>, Adversary Proceeding No.: 19-01010 (the "Adversary"). Previously and with leave of this Court, the real property, which is the subject of Adversary, 4941 McCombs Road, Hephzibah, Georgia was sold and proceeds in the amount of $95,691.35 were escrowed with the closing attorney, pending resolution of Adversary (the "Escrow Funds").

As full settlement for claims, counterclaims and cross-claims in Adversary, Trustee wishes to compromised Adversary by disbursing Escrow Funds as follows: (1) the sum of $90,000.00 to Creditor and (2) the balance of Escrow Fund to Trustee.

NOW, THEREFORE, IT IS HEREBY:

ORDERED that the Trustee be and he is hereby authorized to consummate the settlement and as specified in the Application to Compromise Controversy and summarized herein above by the execution of any documents which might be necessary. The closing attorney presently holding Escrow Funds is hereby authorized to disburse from Escrow Funds the sum of $90,000.00 to Creditor, and the balance to Trustee.

[END OF DOCUMENT]

PRESENTED BY:
/s/ James C. Overstreet, Jr.
James C. Overstreet, Jr.
Attorney for Trustee
Georgia Bar No.: 556005
KLOSINSKI OVERSTREET, LLP
1229 Augusta West Parkway
Augusta, Georgia 30909
706-863-2255